## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

          **Plaintiff,**           **Case No. 23-20644**

**-v-**                      **HON. GERSHWIN DRAIN**

**BRUCE ISRAEL,**

          **Defendant.**

_____/

## NOTICE OF WITHDRAWAL AS COUNSEL FOR DEFENDANT

    PLEASE TAKE NOTICE that James Mutchnik is withdrawing as counsel for Bruce Israel in the above-captioned matter and should be removed from the docket and any applicable service list.  Defendant Israel will continue to be represented by undersigned counsel.

Dated: April 24, 2025          Respectfully submitted,

                        /s/  Steven Fishman
                        Steven Fishman (P23049)
                        Attorney for Defendant
                        615 Griswold, Suite 1120
                        Detroit, MI 48226
                        Telephone: (313) 920-2001
                        Email:  sfish6666@gmail.com