UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.

BRUCE F. ISRAEL,

           Defendant.
_____/

Criminal No. 2:23-cr-20644

Hon. Gershwin A. Drain

## MOTION TO SEAL UNITED STATES' SENTENCING MEMORANDUM EXHIBITS

    The United States, by its undersigned attorneys, respectfully requests that certain exhibits to the United States' Sentencing Memorandum be sealed until further Order of the Court because of the sensitive nature of the exhibits, which contain non-public investigative information such as the identity of unindicted co-conspirators and victims. The United States has conferred with counsel for the Defendant, and he takes no position on this motion and leaves it to the discretion of the Court.

                                            Respectfully submitted,

                                            /s/ Ruben Martinez, Jr.
                                            Ruben Martinez, Jr. (TX 24052278)
                                            Allison M. Gorsuch (IL 6329734)
                                            Melanie G. Wegner (IL 6324826)
                                            Trial Attorneys

        Michael N. Loterstein (IL 6297060)
Assistant Chief
U.S. Department of Justice
Antitrust Division
209 S. LaSalle St. Suite 600
Chicago, Illinois 60604
Tel: 312-984-7200

Dated: June 17, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            *s/ Ruben Martinez, Jr.*
                                            Ruben Martinez, Jr. (TX 24052278)
                                            Trial Attorney
                                            U.S. Dept. of Justice
                                            Antitrust Division
                                            Chicago Office
                                            209 S. LaSalle, Suite 600
                                            Chicago, IL 60604
                                            312-984-7200
                                            ruben.martinez@usdoj.gov

Dated: June 17, 2025